FILED

FEB 2 3 2015

Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

J. BISHOP,                          )
                                    )
            Plaintiff,              )
                                    )
                                    )    Case: 1:15-cv-00264 (F Deck)
      v.                            )    Assigned To : Unassigned
                                    )    Assign. Date : 2/23/2015
LACRESHA BOSWIN, et al.,            )    Description: Pro Se Gen. Civil
                                    )
            Defendants.             )

## MEMORANDUM OPINION

This matter is before the Court on plaintiff's application to proceed *in forma pauperis* and her *pro se* civil complaint. The application will be granted, and the complaint will be dismissed.

The Court has reviewed plaintiff's complaint, keeping in mind that complaints filed by *pro se* litigants are held to less stringent standards than those applied to formal pleadings drafted by lawyers. *See Haines v. Kerner*, 404 U.S. 519, 520 (1972). Even *pro se* litigants, however, must comply with the Federal Rules of Civil Procedure. *Jarrell v. Tisch*, 656 F. Supp. 237, 239 (D.D.C. 1987). Rule 8(a) of the Federal Rules of Civil Procedure requires that a complaint contain a short and plain statement of the grounds upon which the Court's jurisdiction depends, a short and plain statement of the claim showing that the pleader is entitled to relief, and a demand for judgment for the relief the pleader seeks. Fed. R. Civ. P. 8(a). The purpose of the minimum standard of Rule 8 is to give fair notice to the defendants of the claim being asserted, sufficient to prepare a responsive answer, to prepare an adequate defense and to determine whether the doctrine of *res judicata* applies. *Brown v. Califano*, 75 F.R.D. 497, 498 (D.D.C. 1977).

Plaintiff, who apparently had obtained a temporary peace order from the District Court of Maryland for Montgomery County, alleges that defendants have harassed, attacked, stolen from,

and stalked plaintiff and her family. *See generally* Compl. at 1-2. She asks this "Court for relief for herself and family members who have been hurt" by defendants' actions. *Id.* at 2. Missing from the complaint is any statement of the grounds upon which the Court's jurisdiction depends, or a statement of the claim showing that the pleader is entitled to relief. As drafted, the complaint fails to comply with Rule 8(a), and it therefore will be dismissed.

An Order consistent with this Memorandum Opinion is issued separately.

DATE: 2/18/2015

_____
United States District Judge